**PINILISHALPERN, LLP**

GABRIEL H. HALPERN (GH 5395)
160 Morris Street
Morristown, New Jersey 07960
Tel: (973) 401-1111
Fax: (973) 401-1114
Counsel for Plaintiff

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MANLEY TOYS, LTD., a Hong Kong corporation | ) ) ) | Civil Action No. 2:12-cv-03072 KSH-PS |
| Plaintiff, | ) ) | **ORDER FOR WRIT OF ATTACHMENT** |
| v. | ) ) | |
| TOYS "R" US, Inc. a Delaware Corporation | ) ) | |
| Defendant. | ) ) | |

This matter having been opened to the court by PinilisHalpern, LLP, (Gabriel H. Halpern, Esq., appearing) counsel for Plaintiff Manley Toys, Ltd. ("Manley") and on notice to Defendant Toys "R" Us, Inc. ("TRU"), and the court having considered the moving papers, opposition papers and reply papers, and for good cause shown,

**IT IS** on this _____ day of _____, 2012;

**ORDERED** as follows:

1.      Manley's request for prejudgment attachment is hereby granted; and

2.      A writ shall issue from this Court directing the United States Marshall to levy upon Defendant's personal property situated at One Geoffrey Way, Wayne, New Jersey and at any other location at which TRU engages in business, or upon any bank account maintained by TRU in the state of New Jersey up to the amount of $5,570,420.

_____
HON. PATTY SHWARTZ, U.S.M.J.