<u>**NOT FOR PUBLICATION**</u>

**United States District Court
for the District Of New Jersey**

| | |
|---|---|
| MANLEY TOYS, LTD, a Hong Kong corporation,  Plaintiff/counterclaim-defendant,  v.  TOYS "R" US, INC., a Delaware corporation, | Civil No.: 12-3072 (KSH)  **<u>Order</u>** |

For the reasons expressed in the opinion filed herewith,

IT IS on this 30th day of September 2013,

ORDERED that the motion to dismiss filed by defendant Toys "R" Us [D.E. 99] is denied; and it is further

ORDERED the plaintiff Manley's motion for reconsideration [D.E. 85] is denied.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.